UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CADY PLEWA,

              Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant.

CASE NO. C15-205BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 3). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's application to proceed *in forma pauperis* is **DENIED**; and

(3) Petitioner is instructed to **pay the filing fee within 30 days** of the date of this order to proceed with her petition. Failure to pay the $400 filing fee by April 10, 2015, will result in the action being dismissed.

Dated this 9th day of March, 2015.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER